U.S. District Court



Timothy Doyle Young

v.

CV 17-08148 JAK (KK)

Judicial Conference Committee
9th Cir. Judicial Council
United States

## Civil Complaint

### Claim One

#1.- The J.C.C. is placing my life in danger by allowing Fraud on the Court and criminals acts by Federal Judges to cover-up Constitutional and International Human Rights violations at the Supermax prison, USP-Max-ADX.

#2.- The J.C.C. is violating my First, Fifth (all aspects), and Eighth Amendment Rights by refusing to file my Petitions and committing Mail Fraud.

## Claim Two

#3.- The Ninth Circuit Judicial Council is placing my life in danger by violating 28 USC §§351 et seq. and the Mandatory Judicial Conduct Act Rules to cover-up criminal conduct by the DOJ.

#4.- The Ninth Circuit violated the above when: a.) it wrongfully dismissed #10-90089/90, and b.) it refused to file a recent judicial complaint.

## Claim Three

#5.- 28 USC §352(c) and §357(c) are unconstitutional because it violates the First, Fifth, Sixth, Seventh, and Eighth Amendments and has suspended Habeas Corpus.

#6.- The Judicial branch has abrogated the U.S. Constitution by committing criminal acts to

obstruct justice, e.g., sending falsified judicial complaint denials through the U.S. Mail and Wire communications in violation of 18 USC §§ 1341 et seq., etc.

#7.- The entire Judicial Conduct Act is rendered moot because of the finality clause.

#8.- Judicial independence is not threatened by a J.C.C. review of all complaints (unless the United States intends to claim that the J.C.C. is corrupt), it only threatens the fiefdoms of each Circuit which is violating my Equal Protection, Procedural, and Substantive Due Process Rights.

#9.- I have been denied all access to the Courts for over a decade because of Fraud on the Court and crimes committed by the Judicial branch to repeal 28 USC § 351 — § 364 and other laws.

## Claim Four

#10.- The United States is placing my life in danger by covering up the cover-ups.

#11.- Congress refuses to file my Petition for Impeachment in violation of my First, Fifth (all), and Eighth Amendment Rights.

#12.- Neil Gorsuch did not address (and allowed to continue) First Amendment retaliation by the Defendants and Fraud on the Court by the USDC in his #06-1494 (10th Cir.) decision.

#13.- The USDC withheld a Ruling on the Prelim. Inj. motions (dkt. #32, #35, #41), had extensive ex parte discussions with the Defendants, withheld service after I.F.P. was granted, issued fraudulent Court Orders (dkt. #2, #17, #18), etc., in #06-ZLW-1253 (D. Colo.).

#14.- It is an open-secret that the United States is covering up

crimes committed by Prison employees at the Supermax prison.

#15.- Mr. Gorsuch falsified several denials under 28 USC §§ 351 to obstruct justice and violated 18 USC §§ 1341 et seq. by doing so.

#16.- The criminal conduct by the Ninth Circuit Judicial Council, Mr. Gorsuch, et al., almost got a corrupt employee killed, see #10-CR-493 (D. Colo.).

## Relief

#17 Declare statutes unconstitutional and all other relief allowed by law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Oct. 30, 2017

Timothy Doyle Young
#60012-001
"Legal Mail - USP-Max-ADX
Open only in PO Box 8500
presence of inmate." Florence, CO 81226

## Certificate of Service

I deposited a sealed envelope in U.S. Mail with first class postage attached addressed to:

    U.S. District Court
    Kiry Gray, Clerk
    312 N. Spring St.
    Los Angeles, CA 90012-4701

re: A.) Civil complaint.
    B.) Motion for 3-Judge Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Oct. 30, 2017

Timothy Doyle Young
#60012-001
USP-Max-ADX
PO Box 8500
Florence, CO
81226

"Legal Mail - Open only in presence of inmate."



Timothy Doyle Young
60012-001
US Penitentiary - Max - ADX
PO Box 8500    10/30/17
Florence, CO
81226

Legal mail

DENVER CO 802
31 OCT 2017 PM 7 L

U.S. District Court
Kicy Gray, Clerk
312 N. Spring St.
Los Angeles, CA
90012 - 4701

RECEIVED
CLERK U.S. DISTRICT COURT
NOV -6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

90012-471173

[OCT 3 0 2017

Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.